**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

VS.            **CASE NO. 4:03CR00142 JMM
4:07CV00434 JMM**

**RASHAD LANDERS**

**JUDGEMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case and the relief sought is denied.

IT IS SO ORDERED THIS  3  day of   October  , 2008.

_____
James M. Moody
United States District Judge